NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

LINCOLN ELECTRIC COMPANY
AND LINCOLN GLOBAL, INC.,
*Appellants,*

v.

INTERNATIONAL TRADE COMMISSION,
*Appellee,*

AND

THE ESAB GROUP, INC.,
*Intervenor,*

AND

SIDERGAS SPA,
*Intervenor.*

2011-1087

On appeal from the United States International Trade Commission in Investigation No. 337-TA-686.

ON MOTION

ORDER

Upon consideration of the unopposed motions of The Esab Group, Inc. and Sidergas SpA for leave to intervene,

IT IS ORDERED THAT:

The motions are granted. The revised official caption is reflected above.

FOR THE COURT

JAN 2 1 2011
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:  Terrance J. Wikberg, Esq.
     Jia Chen, Esq.
     Blas P. Arroyo, Esq.
     Stephen B. Mosier, Esq.

s20

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JAN 2 1 2011

JAN HORBALY
CLERK